# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

*UNITED STATES OF AMERICA*

v.

GUNAWAN WIBISONO

Case No: 08-30179

F I L E D

APR 1 2 2008

CLERK'S OFFICE
DETROIT

## APPOINTMENT OF FEDERAL DEFENDER OFFICE



☐ MULTIPLE DEFENDANT CASE     ☐ DEFENDANT IN CUSTODY

☐ NON-ENGLISH SPEAKING        LANGUAGE: _____

VIOLATION: _____      CASE TYPE: _____

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

***IT IS ORDERED*** that the Federal Defender Office, 22nd Floor, 2255 Penobscot Building, Detroit, Michigan 48226, telephone number *(313) 961-4150*, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: *APRIL 14, 2008 at 1:00pm*

Dated: 4/2/08

_____
United States District Judge/Magistrate Judge

AUSA Assigned: _____

----

## PARTIAL PAYMENT ORDER

***IT IS ORDERED*** that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the ***Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.***

Defendant's Name, Address & Telephone Number:

_____
United States District Judge/Magistrate Judge

_____
Defendant's Signature

EDM 0044
01/06

ORIGINAL