AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN     District of     MICHIGAN

UNITED STATES OF AMERICA

V.

GUNAWAN WIBISONO
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 08-30179

**FILED**
APR 1 2 2008
CLERK'S OFFICE
DETROIT

Upon motion of the __GOVERNMENT__, it is ORDERED that a detention hearing is set for __4/14/08__ * at __1:00 pm__
*Date*     *Time*

before __THE DUTY MAGISTRATE JUDGE__
*Name of Judicial Officer*

__ROOM 1042; U.S. DISTRICT COURTHOUSE; 231 WEST LAFAYETTE; DETROIT, MI__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
( __April 14, 2008__ ) and produced for the hearing.
*Other Custodial Official*

Date: __April 12, 2008__

*Judge*
DONALD A. SCHEER
U.S. MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted on by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judici officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidat or attempt to threaten, injure, or intimidate a prospective witness or juror.