UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

             Plaintiff,

-vs-                                    CRIMINAL NO. 08-30179

GUNAWAN WIBISONO,
DYANA SULISTYAWATI,

             Defendants.

_____/

## MOTION FOR LEAVE TO DISMISS COMPLAINT
## WITHOUT PREJUDICE AND SUPPORTING BRIEF

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the

United States of America hereby moves for leave to dismiss without prejudice the

complaint against defendants GUNAWAN WIBISONO, and DYANA

SULISTYAWATI.  In this case, the government needs additional time

    (1)    to develop and obtain evidence sufficient to establish
defendants' guilt beyond a reasonable doubt;

    (2)    to investigate the full extent of the offense(s) in question and
identify all other individuals who should be held criminally
responsible for the offense(s); or

    (3)    to decide whether criminal prosecution of defendants for
mult. defendants for the offenses in question is in the
public interest.

See generally United States v. Lovasco, 431 U.S. 783, 790-96 (1977); 18 U.S.C. § 3161(d)(1).  The government's ability to prosecute this case properly would be substantially impaired were it required to proceed to indictment or information within the 30-day period prescribed by the Speedy Trial Act, see 18 U.S.C. §§ 3161(b), 3161(h).  Accordingly, the government requests leave to dismiss the complaint without prejudice.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney


s/JUSTIN C. LETTS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  (313) 226-9116
E-Mail:  justin.letts@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

William Daniel, Esq. and Andrew Wise, FDO


s/JUSTIN C. LETTS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  (313) 226-9116
E-Mail:  justin.letts@usdoj.gov